

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-12-00115-CR
_____

SAMANTHA RENA RAYSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law #3
Smith County, Texas
Trial Court No. 003-81787-12

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Samantha Rena Rayson has filed pro se a notice of appeal from her conviction of criminal trespass.[1]  We have now received the certification of Rayson's right of appeal as required TEX. R. APP. P. 25.2.  That certification states that Rayson waived her right of appeal.

Unless a certification, showing that a defendant has the right of appeal, is in the record, we must dismiss the appeal.  *See*  TEX. R. APP. P. 25.2(d).  Because the trial court's certification affirmatively shows that Rayson has waived her right of appeal, and because the record before us does not reflect that the certification is incorrect, *see Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005), we must dismiss the appeal.

We dismiss the appeal for want of jurisdiction.


Bailey C. Moseley
Justice


Date Submitted:     August 13, 2012
Date Decided:        August 14, 2012

Do Not Publish

---

[1]Originally appealed to the Twelfth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).